No. 93–1041. JOHNSON v. DODGE COUNTY DEPARTMENT OF HUMAN SERVICES ET AL. Ct. App. Minn. Certiorari denied.

JUSTICE BLACKMUN took no part in the consideration or decision of this petition.